Arthur A. Zorio
Nevada Bar No. 6547
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5520 Kietzke Lane, Suite 110
Reno, Nevada 89511
T: (775) 324-4100
F: (775) 333-8171
Email: azorio@bhfs.com

Diane J. Zelmer, Esq.
(Pro Hac Vice forthcoming)
Florida Bar No. 27251
BERENSON LLP
4495 Military Trial, Suite 203
Jupiter, Florida 33458
Tel:   (561) 429-4496
Fax:   (703) 991-2195
Email:  djz@berensonllp.com
              hcc@berensonllp.com

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| OLIVIER JOUIN, an individual, | Case No. 2:25-cv-00971-CDS-DJA |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| GREATER NEVADA WINDOWS AND DOORS, LLC a Delaware limited liability company; ESLER COMPANIES, LLC a Delaware limited liability company; RENEWAL BY ANDERSEN, LLC, a Delaware limited liability company. | **(SECOND REQUEST)** |

WHEREAS Plaintiff filed his Complaint on June 2, 2025.

WHEREAS Defendants Greater Nevada Windows and Doors, LLC; Esler Companies, LLC; and Renewal by Andersen, LLC ("Defendants") were served with Summons and the Complaint on June 5, 2025.

WHEREAS a response to the Complaint is due by Defendants Greater Nevada Windows and Doors, LLC; Esler Companies, LLC; and Renewal by Andersen, LLC on June 26, 2025.

2

WHEREAS, the parties agreed and stipulated to an extension to respond to the Complaint through and including July 16, 2025, and that stipulation was filed on or before the deadline for the response to the Complaint on June 20, 2025. [ECF No 9]. However, the Magistrate denied it without prejudice, indicating that the stipulation failed to state the reason for the requested extension. [ECF No. 10].

WHEREAS, pursuant to FRCP 6(b)(1)(A) and LR IA 6-1(a), as good cause therefore, Defendants' counsel states that (i) they need additional time to obtain and review file documents and communicate with Defendants to coordinate filing a proper response; notably, this case involves three (3) different defendants; (ii) additional counsel is in the process of finalizing its petition to appear *pro hac vice* in this matter; and (iii) counsel for Defendants has other professional obligations, including an appellate brief that is due July 2, 2025.

This Stipulation is filed in good faith and not for the purpose of delay. This is the second request.

///

///

///

///

///

///

///

///

///

///

///

///

IT IS HEREBY STIPULATED BETWEEN THE PARTIES, through their attorneys of record that the deadline for Defendants Greater Nevada Windows and Doors, LLC; Esler Companies, LLC; and Renewal by Andersen, LLC to respond to the Complaint be extended twenty days to July 16, 2025.

Respectfully submitted this 24th day of June, 2025.

By: /s/ Arthur A. Zorio
Arthur A. Zorio
Nevada Bar No. 6547
5520 Kietzke Lane, Suite 110
Reno, Nevada 89511

Diane J. Zelmer, Esq.
(Pro Hac Vice forthcoming)
Florida Bar No. 27251
BERENSON LLP
4495 Military Trial, Suite 203
Jupiter, Florida 33458
Tel:   (561) 429-4496
Fax:   (703) 991-2195

*Counsel for Defendants*

By: /s/ Marian L. Massey
Marian L. Massey
Nevada Bar No. 14579
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135

*Counsel for Plaintiff*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated this 25th day of June, 2025

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of BROWNSTEIN HYATT FARBER SCHRECK, LLP, and on this 24th day of June, 2025, I served the document entitled **STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT** on the parties listed below via the following:

☐ **VIA FIRST CLASS U.S. MAIL:** by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Reno, Nevada for delivery to the following attorneys for Plaintiff:

☐ **VIA COURIER FOR PERSONAL DELIVERY:** by delivering a copy of the document to a courier service for personal hand-delivery to the below, whereby the courier signs a certificate specifying the date of actual hand-delivery.

☐ **VIA COURIER:** by delivering a copy of the document to a courier service for over-night delivery to the foregoing parties.

☒ **VIA ELECTRONIC SERVICE:** by electronically filing the document with the Clerk of the Court using the ECF No./eFlex system which served the following parties electronically:

☐ **VIA ELECTRONIC SERVICE:** as an attachment to electronic mail directed to counsel for Plaintiff at the email address listed below.

Jemma E. Dunn
Matthew T. Hale
Marian L. Massey
GREENBERG GROSS LLP
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
T: (702) 777-0888
F: (702) 777-0801
JDunn@ggtriallaw.com
MHale@ggtriallaw.com
MMassey@ggtriallaw.com

                                */s/ Jeff Tillison*
                                Employee of Brownstein Hyatt Farber Schreck, LLP