JEFF WINCHESTER, ESQ. (Nevada Bar No. 10279)
E: JWinchester@ohaganmeyer.com
ERIC LUNDY, ESQ. (Nevada Bar No. 16921)
E: ELundy@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| OLIVIER JOUIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GREATER NEVADA WINDOWS AND DOORS, LLC, a Delaware limited liability company; ESLER COMPANIES, LLC, a Delaware limited liability company; RENEWAL BY ANDERSEN, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 2:25-cv-00971-CDS-DJA<br><br>**SUBSTITUTION OF COUNSEL FOR DEFENDANTS GREATER NEVADA WINDOWS AND DOORS, LLC AND ESLER COMPANIES, LLC** |

Come Now Defendant GREATER NEVADA WINDOWS AND DOORS LLC, and ESLER COMPANIES, LLC ("Defendants"), and hereby substitute Jeff Winchester, Esq., and Eric Lundy, Esq., of O'Hagan Meyer PLLC, located at 300 South 4th Street, Las Vegas, Nevada 89101.

[NAME], a representative of Greater Nevada Windows and Doors, LLC and of Elser Companies, LLC, hereby consents to the substitution of Jeff Winchester, Esq., and Eric Lundy, Esq., of O'Hagan Meyer PLLC as attorneys of record for this matter.

Dated: October 29, 2025

_See attached Exhibit A_
[NAME]

1

#9591469v1

I consent to the above substitution.

Dated: October _29th 2025

/s/
Arthur A. Zorio
Brownstein Hyatt Farber Schreck, LLP

I am duly admitted to practice in this District.

Above substitution is accepted.
DATED: October 29, 2025

Representative of O'Hagan Meyer PLLC

Please check one: X RETAINED, or __ APPOINTED BY THE COURT

**Approved:**

Dated: 10/31/2025

Daniel J. Albregts
UNITED STATES MAGISTRATE JUDGE

2

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of O'HAGAN MEYER PLLC, and that on this 29th day of October, 2025, I electronically filed and served the foregoing **SUBSTITUTION OF COUNSEL FOR DEFENDANTS GREATER NEVADA WINDOWS AND DOORS, LLC AND ESLER COMPANIES, LLC** with the Clerk of the Court through Case Management/Electronic Filing System and Electronic Mail as follows:

Jemma E. Dunn
Matthew T. Hale
Marian L. Massey
**GREENBERG GROSS LLP**
1980 Festival Plaza Drive, Suite 730
Las Vegas, Nevada 89135
JDunn@GGTrialLaw.com
MHale@GGTrialLaw.com
MMassey@GGTrialLaw.com

*Attorneys for Plaintiff*

and

Arthur A. Zorio
Nevada Bar No. 6547
BROWNSTEIN HYATT FARBER SCHRECK, LLP
5520 Kietzke Lane, Suite 110
Reno, Nevada 89511
azorio@bhfs.com

Diane J. Zelmer, Esq.
(Admitted Pro Hac Vice)
Florida Bar No. 27251
BERENSON LLP
4495 Military Trial, Suite 203
Jupiter, Florida 33458
djz@berensonllp.com
hcc@berensonllp.com

*Attorneys for Defendant renewal By Andersen*

By:     /s/ Krystal Williams
                An Employee of
                O'HAGAN MEYER PLLC

3

#9591469v1

# Exhibit A

JEFF WINCHESTER, ESQ. (Nevada Bar No. 10279)
E: JWinchester@ohaganmeyer.com
ERIC LUNDY, ESQ. (Nevada Bar No. 16921)
E: ELundy@ohaganmeyer.com
**O'HAGAN MEYER PLLC**
300 S. 4th Street, Suite 1250
Las Vegas, NV 89101
T: 725.286.2801

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| OLIVIER JOUIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>GREATER NEVADA WINDOWS AND DOORS, LLC, a Delaware limited liability company; ESLER COMPANIES, LLC, a Delaware limited liability company; RENEWAL BY ANDERSEN, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 2:25-cv-00971-CDS-DJA<br><br>**SUBSTITUTION OF COUNSEL FOR DEFENDANTS GREATER NEVADA WINDOWS AND DOORS, LLC'S AND ESLER COMPANIES, LLC** |

Come Now Defendant GREATER NEVADA WINDOWS AND DOORS LLC, and ESLER COMPANIES, LLC ("Defendants"), and hereby substitute Jeff Winchester, Esq., and Eric Lundy, Esq., of O'Hagan Meyer PLLC, located at 300 South 4th Street, Las Vegas, Nevada 89101.

Steve Keener, General Manager and a representative of Greater Nevada Windows and Doors, LLC and of Elser Companies, LLC, hereby consents to the substitution of Jeff Winchester, Esq., and Eric Lundy, Esq., of O'Hagan Meyer PLLC as attorneys of record for this matter.

Dated: October 29, 2025

_____
Steve Keener

1

#9615368v1