# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Olivier Jouin, | Case No. 2:25-cv-00971-CDS-DJA |
| Plaintiff | **Order Striking Defendants' Notice to Change Venue** |
| v. | |
| Greater Nevada Windows and Doors, LLC, et al., | [ECF Nos. 25, 26] |
| Defendants | |

Defendants Greater Nevada Windows and Doors, LLC and Esler Companies LLC filed duplicate notices to change venue. ECF Nos. 25, 26. However, the notice gives no indication that plaintiff Olivier Jouin assented to or is unopposed to the transfer. Although Local Rule IA 6-1 does state that a civil action must be filed in the division in which the action allegedly arose, short of a stipulation between the parties, Jouin is entitled to an opportunity to respond to the defendants' request. So the relief should be sought by motion. Accordingly, the defendants' notice to change venue **[ECF Nos. 25, 26] are STRICKEN**. The parties must meet and confer. If they cannot agree, the defendants can file a motion seeking such relief.

Dated: November 3, 2025

_____
Cristina D. Silva
United States District Judge